UNITED STATES BANKRUPTCY APPELLATE PANEL
OF THE TENTH CIRCUIT

Anne Zoltani  OFFICE OF THE CLERK  Byron White U.S. Courthouse
Clerk of Court  1823 Stout St., Denver, CO 80257
(303) 335-2900

April 02, 2025

| | |
|---|---|
| TO: | All Parties |
| RE: | Michael Roberts, Sr. v. Harvey Sender, Chapter 7 Trustee, et al |
| BAP No.: | CO-24-009 |
| Bk. No.: | 22-10521 |

A notice of appeal was filed in the above referenced case. The notice of appeal and preliminary record on appeal were transmitted to the Clerk of the U.S. Court of Appeals for the Tenth Circuit on March 19, 2025.

As all parties to this appeal are represented by counsel, the record on appeal is retained in this Court. *See* 10th Cir. R. 11. This completes the record for purposes of appeal.

*Anne Zoltani*

Anne Zoltani
Clerk of Court